UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-1284

RECEIVED
WILLIAM T. WALSH, CLERK

'09 JUN -4 P 3: 00

UNITED STATES
DISTRICT COURT

In Regard to the Matter of:

Bayside State Prison
Litigation

KENNETH BECHEAM

-vs-

WILLIAM H. FAUVER, et al,

    Defendants.

OPINION/REPORT
OF THE
SPECIAL MASTER

\*   \*   \*   \*

WEDNESDAY, FEBRUARY 18, 2009

\*   \*   \*   \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

1
2
3
4          Transcript of proceedings in the above
5   matter taken by Theresa O. Mastroianni, Certified
6   Court Reporter, license number 30X100085700, and
7   Notary Public of the State of New Jersey at the
8   United States District Court House, One Gerry Plaza,
9   Camden, New Jersey, 08102, commencing at 1:52 PM.
10
11
12
13
14
15
16
17
18          MASTROIANNI & FORMAROLI, INC.
19      Certified Court Reporting & Videoconferencing
20             251 South White Horse Pike
21             Audubon, New Jersey 08106
22                  856-546-1100
23
24
25

```
 1
 2     A P P E A R A N C E S:
 3
 4          ROSELLI & GRIEGEL, PC
            BY:  STEVEN GRIEGEL, ESQUIRE
 5               - and -
            BY:  GRANT C. WRIGHT, ESQUIRE
 6          1337 STATE HIGHWAY 33
            HAMILTON SQUARE, NEW JERSEY  08690
 7          609-586-2257
            ATTORNEYS FOR THE DEFENDANTS
 8
 9
            LOUGHRY & LINDSAY, ESQUIRES.
10          BY:  LAWRENCE W. LINDSAY, ESQUIRE
            330 MARKET STREET
11          CAMDEN, NEW JERSEY 08102
            856-968-9201
12          ATTORNEYS FOR THE PLAINTIFFS
13
14          RODNEY D. RAY, ESQUIRE
            32 NORTH BLACK HORSE PIKE
15          BLACKWOOD, NEW JERSEY  08012
            856-232-3337
16          856-232-4561
            ATTORNEYS FOR THE PLAINTIFFS
17
18
19
20
21
22
23
24
25
```

1          JUDGE BISSELL:  I'm now reopening the
2    matter involving Kenneth Becheam, docket number
3    08-1284.
4              This opinion/report is being issued
5    pursuant to the directives of the Order of Reference
6    to a Special Master and the Special Master's
7    Agreement and the guiding principles of law which
8    underlie this decision to be applied to the facts
9    upon which it is based as set forth in the jury
10   instructions in the Walker and Mejias jury charges to
11   the extent applicable to the allegations in Mr.
12   Becheam's case.
13             As finalized after review under Local
14   Civil Rule 52.1, the transcript of this oral opinion
15   will constitute the written report required by
16   paragraph seven of the Order of Reference to a
17   Special Master.
18             Mr. Becheam was a resident of D Unit.
19   He describes the incident that occurred to him as
20   occurring in August of '97 without any more
21   particular personal recollection.
22             Mr. Becheam's encounter with SOG
23   officers evolved from his efforts to make use of the
24   telephone at a time apparently when telephone
25   privileges were being restored.  As he testified

1   beginning at page 16 of his transcript of October
2   31st, 2008 and I'll paraphrase it first, there was a
3   bank of four telephones there, he was assigned one
4   that did not work well and his phone call, although
5   he was only making one, was being cut off.
6   Accordingly, he asked the officer who was supervising
7   him at the time as to whether he could replace the
8   call and was told no that he couldn't.  He asked to
9   use another phone.  He was also told no.  Apparently
10  he also tried to redial the number on the first phone
11  and the officer regarded this as a violation of the
12  rules with regard to phone use and told him to go
13  back to his bed area, which he did.
14              He said very shortly after he returned
15  to his bunk he heard the SOG officers coming.  They
16  extracted him from his cell, took him into the main
17  TV room, strip searched him and at this point a
18  certain colloquy occurred as he describes it
19  beginning at line 17 on page 18.
20              "When he got through he said what did
21  you do, pop.  I said I didn't do anything.  He said
22  I'm going to ask you again, what did you do.  I said
23  I was using the phone and the phone went dead on me.
24  So I asked him, can I redial it.  And so what took
25  place after that was they told me to put my hands

1   behind my back and they cuffed me."

2           Apparently he had been nude, but was
3   redressed at this time.  They then proceeded to take
4   him to the nurse.  He had some trouble moving in
5   transit and they used efforts to prop him up and
6   assist his progress.  That was no difficulty.  He
7   hadn't yet received any punishment or assaults.  He
8   passed muster before the nurse and then was taken
9   over to B Unit for lockup.

10          He begins once again at page 19 line
11  14:

12          "As I was going to B Unit my leg gave
13  out.  Once it gave out I was on my knees there.  So
14  he said, listen, you don't want my men to pick you up
15  and carry you, you're not going to like it.  I said
16  okay, give me a second.  And when he gave me a
17  second, I got up and I like semi ran up the stairway.
18  They had long stairs going up to B Unit and I hurried
19  up as quick as possible because I knew my back would
20  go out again.  So what happened after that is when I
21  got inside, I seen, you know, a couple of police
22  sitting around.  He had the whole riot gear on, you
23  know, the helmet, the vest, the big long sticks, the
24  batons.  So they told me to undress there and I
25  undressed again.  While I'm undressed there, one of

1  them, I thought he was joking really, one of the
2  officers said, say I love Bayside.  And I looked at
3  him like are you serious.  So he was like you see him
4  over there, I think it was a middle age guy maybe in
5  his twenties or thirties, he was crying and he was
6  singing I love Bayside loudly."
7            The description goes on about a
8  collateral matter and resumes at page 21 on line six.
9            "Question:  What happened to you next?
10           "Answer:  After I got dressed, the cuff
11 was put back on and I was told sit back down.  I was
12 kicked on my right side and had about three or four
13 steps to go down to where the cell is at.
14           "Question:  Let me interrupt you, sir,
15 because I knocked you off your narrative.  Let's go
16 back to when you were nude and they were telling you
17 to sing, what happened there?"
18           He talks again about the singing and
19 then after that he said:
20           "Answer:  But from there they picked me
21 up and took me to the cell.  And as they took me to
22 the cell, one of them, he chose a guy inside the cell
23 to get under the bed.  When he took me in there,
24 that's when he kind of threw me down on the cuffs and
25 got tighter.  They acted like it was nothing to them.

Page 8

1   And from there actually, you know, I just remember my
2   hands swelling up.  My back was in pain, you know.
3            "Question:  How did you get down the
4   stairs, sir?
5            "Answer:  The stairway where I was
6   singing at, after they kicked me down, I was about
7   two maybe three stairs going down because you go into
8   the units and you have like a podium where the
9   officer sits, then when you get ready to get down to
10  the first floor, you have to go down about two or
11  three stairs.  And when they pushed me down there or
12  kicked me it was, I just start singing really, I
13  became fearful of them.
14           "Question:  How many times did you get
15  kicked?  Can you estimate?
16           "Answer:  I gave up counting, I really
17  did.
18           "Question:  Did you get kicked in your
19  back in your back.
20           "Answer:  I got kicked in the back, I
21  was hit with the batons in the lower right part of my
22  back, my hip.  I got hit in the top of my shoulders
23  between the center of my back and my ribs.
24           "Question:  Did you get hit in the
25  neck, sir?

1           "Answer:  Absolutely, at the top of my
2    neck and shoulder.
3           "Question:  Now, this beating that you
4    took, did it hurt?
5           "Answer:  Yes, it did.
6           "Question:  For how long did the
7    beating hurt?
8           "Answer:  I couldn't lay on my right
9    side, I had to lay on my stomach to go to sleep for
10   at least five or six days.  Nobody came to see me,
11   nobody."
12          Page 27 he talks about possible
13   psychological impact of this event, but acknowledged
14   also that they are not recoverable and I have
15   determined that they haven't been proved here with
16   adequate precision and support to support any claim
17   for psychological damages.
18          At page 28 I asked some questions
19   myself for some clarification here.  And beginning at
20   line 14:
21          "Question:  When was it you mentioned
22   that you were kicked or pushed down these two or
23   three stairs in B Unit as you were being directed to
24   a cell there, correct?
25          "Answer:  Yes.

1           "Question:  Now, when after that were
2   you kicked and beaten with batons?  Was it on the
3   floor of the unit there before you got into your cell
4   or was it in your cell or both?  Can you just clarify
5   that, please?
6           The witness said:  "Well, basically
7   once I was kicked down the stairs there was a bunch
8   of nigger this, nigger that, so I thought that if I
9   said nigger, maybe they'll leave me alone.  Instead
10  they kind of whacked me a couple of times while I was
11  there and so I just got tired of even trying to think
12  of it.  And when they got me in the cell, they
13  whacked me a couple of times and the cuffs became
14  tight on my hands and they left me there."
15          I might add I studied the
16  cross-examination, and I conclude that it did not
17  impugn the accuracy of his testimony with regard to
18  the treatment by the SOGs when going into B Unit.  It
19  did indicate and reveal that he had a pre-existing
20  back condition and the cross-examination also
21  established that there was indeed a pre-existing
22  condition here which was aggravated by the events in
23  question in B Unit.  Also, however, his residual pain
24  was as much if not more from the pre-existing
25  condition than any exacerbation.  In other words, I

1  have not assigned, if you will, his permanency solely
2  to the beating that took place here. It has other
3  underlying pre-existing causes, but nevertheless, it
4  did aggravate it and was a contributing factor even
5  in the permanency that ensued.
6           This Master is recommending a judgment
7  for the plaintiff in this case. There was absolutely
8  no valid penalogical purpose for the manner in which
9  he was treated upon being brought into B Unit. He
10 was fully cuffed, completely submissive, no danger to
11 the officers in question and furthermore was being
12 brought to B Unit not because of any violent activity
13 that he had undertaken, but merely for, in my view, a
14 rather benign infraction, to wit, an effort to use a
15 phone twice rather than once. That's frankly the
16 most charitable viewing that one could give to the
17 defendants or the prison authorities here.
18          Accordingly, we are dealing here with
19 excessive force, inflicting cruel and unusual
20 punishment and sadistic acts by the SOG officers
21 involved for the reasons indicated above. There was,
22 indeed, excessive, unnecessary and sadistic force
23 imposed upon Mr. Becheam within the comtemplation of
24 the legal principles recited in the jury instructions
25 which govern our proceeding.

1                However, in light of the fact that the
2    strikings inflicted upon Mr. Becheam were not
3    particularly prolonged or repetitious, but covered a
4    rather short period of time, and while inexcusable
5    and actionable, were not too severe in terms of the
6    force imposed as well as, as I said, a lack of
7    prolonged or repetitious activity.  And, therefore,
8    while actionable for recovery of compensatory
9    damages, I do not find that this assault rose to the
10   level of being so egregious as to support a claim for
11   punitive damages.  Accordingly, I would not recommend
12   an assessment of punitive damages in this matter.
13               Finally, although not every item of
14   evidence has been discussed in this opinion/report,
15   all evidence presented to the Special Master was
16   reviewed and considered.
17               I find that the injury inflicted here
18   is actionable.  I find that the injury was acute
19   initially and that the assault in question here has
20   been a contributor to the continuation of a permanent
21   injury with regard to this gentleman's back, albeit
22   one that pre-existed from other causes as well which
23   continue to contribute to his present condition.
24               Accordingly, I recommend in this report
25   that the district court enter an award of

1  compensatory damages in the amount of six thousand
2  dollars in Mr. Becheam's favor.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          C E R T I F I C A T E

2

3       I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9       I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  *Theresa O. Mastroianni*
    Theresa O. Mastroianni, C.S.R.

20  Notary Public, State of New Jersey
    My Commission Expires May 5, 2010

21  Certificate No. XIO857
    Date: February 19, 2009

22

23

24

25

**A**
absolutely 9:1 11:7
accuracy 10:17
accurate 14:6
acknowledged 9:13
acted 7:25
action 1:2 14:11 14:14
actionable 12:5 12:8,18
activity 11:12 12:7
acts 11:20
acute 12:18
add 10:15
adequate 9:16
age 7:4
aggravate 11:4
aggravated 10:22
Agreement 4:7
al 1:8
albeit 12:21
allegations 4:11
amount 13:1
Answer 7:10,20 8:5,16,20 9:1,5 9:8,25
apparently 4:24 5:9 6:2
applicable 4:11
applied 4:8
area 5:13
asked 5:6,8,24 9:18
assault 12:9,19
assaults 6:7
assessment 12:12
assigned 5:3 11:1
assist 6:6
attorney 14:10

14:12
ATTORNEYS 3:7,12,16
Audubon 2:21
August 4:20
authorities 11:17
award 12:25

**B**
B 6:9,12,18 9:23 10:18,23 11:9 11:12
back 5:13 6:1,19 7:11,11,16 8:2 8:19,19,20,22 8:23 10:20 12:21
bank 5:3
based 4:9
basically 10:6
batons 6:24 8:21 10:2
Bayside 1:5 7:2 7:6
beaten 10:2
beating 9:3,7 11:2
Becheam 1:6 4:2 4:18 11:23 12:2
Becheam's 4:12 4:22 13:2
bed 5:13 7:23
beginning 5:1,19 9:19
begins 6:10
benign 11:14
big 6:23
BISSELL 1:20 4:1
BLACK 3:14
BLACKWOOD 3:15
brought 11:9,12
bunch 10:7

bunk 5:15

**C**
C 3:2,5 14:1,1
call 5:4,8
Camden 2:9 3:11
carry 6:15
case 4:12 11:7
causes 11:3 12:22
cell 5:16 7:13,21 7:22,22 9:24 10:3,4,12
center 8:23
certain 5:18
Certificate 14:21
Certified 2:5,19 14:4
certify 14:5,9
charges 4:10
charitable 11:16
chose 7:22
Civil 1:2 4:14
claim 9:16 12:10
clarification 9:19
clarify 10:4
collateral 7:8
colloquy 5:18
coming 5:15
commencing 2:9
Commission 14:20
compensatory 12:8 13:1
completely 11:10
comtemplation 11:23
conclude 10:16
condition 10:20 10:22,25 12:23
considered 12:16

constitute 4:15
continuation 12:20
continue 12:23
contribute 12:23
contributing 11:4
contributor 12:20
correct 9:24
counsel 14:10,12
counting 8:16
couple 6:21 10:10,13
court 1:1 2:6,8 2:19 12:25
covered 12:3
cross-examina... 10:16,20
cruel 11:19
crying 7:5
cuff 7:10
cuffed 6:1 11:10
cuffs 7:24 10:13
cut 5:5
C.S.R 14:19

**D**
D 3:14 4:18
damages 9:17 12:9,11,12 13:1
danger 11:10
date 14:8,21
days 9:10
dead 5:23
dealing 11:18
decision 4:8
defendants 1:9 3:7 11:17
describes 4:19 5:18
description 7:7
determined 9:15
difficulty 6:6
directed 9:23

directives 4:5
discussed 12:14
district 1:1,1 2:8 12:25
docket 4:2
dollars 13:2
dressed 7:10

**E**
E 3:2,2 14:1,1
effort 11:14
efforts 4:23 6:5
egregious 12:10
employee 14:10 14:12
encounter 4:22
ensued 11:5
enter 12:25
ESQUIRE 3:4,5 3:10,14
ESQUIRES 3:9
established 10:21
estimate 8:15
et 1:8
event 9:13
events 10:22
evidence 12:14 12:15
evolved 4:23
exacerbation 10:25
excessive 11:19 11:22
Expires 14:20
extent 4:11
extracted 5:16

**F**
F 14:1
fact 12:1
factor 11:4
facts 4:8
FAUVER 1:8
favor 13:2
fearful 8:13

February 1:15
    14:21
finalized 4:13
Finally 12:13
financially
    14:13
find 12:9,17,18
first 5:2,10 8:10
five 9:10
floor 8:10 10:3
force 11:19,22
    12:6
foregoing 14:5
FORMAROLI
    2:18
forth 4:9 14:8
four 5:3 7:12
frankly 11:15
fully 11:10
FURTHER 14:9
furthermore
    11:11

———— G ————
gear 6:22
gentleman's
    12:21
Gerry 2:8
give 6:16 11:16
go 5:12 6:20
    7:13,15 8:7,10
    9:9
goes 7:7
going 5:22 6:12
    6:15,18 8:7
    10:18
govern 11:25
GRANT 3:5
GRIEGEL 3:4,4
guiding 4:7
guy 7:4,22

———— H ————
H 1:8
HAMILTON
    3:6

hands 5:25 8:2
    10:14
happened 6:20
    7:9,17
heard 5:15
helmet 6:23
hereinbefore
    14:8
HIGHWAY 3:6
hip 8:22
hit 8:21,22,24
HONORABLE
    1:20
Horse 2:20 3:14
House 2:8
hurried 6:18
hurt 9:4,7

———— I ————
impact 9:13
imposed 11:23
    12:6
impugn 10:17
incident 4:19
indicate 10:19
indicated 11:21
inexcusable 12:4
inflicted 12:2,17
inflicting 11:19
infraction 11:14
initially 12:19
injury 12:17,18
    12:21
inside 6:21 7:22
instructions
    4:10 11:24
interested 14:13
interrupt 7:14
involved 11:21
involving 4:2
issued 4:4
item 12:13

———— J ————
Jersey 1:1 2:7,9
    2:21 3:6,11,15

    14:5,20
JOHN 1:20
joking 7:1
JUDGE 4:1
judgment 11:6
jury 4:9,10
    11:24

———— K ————
Kenneth 1:6 4:2
kicked 7:12 8:6
    8:12,15,18,20
    9:22 10:2,7
kind 7:24 10:10
knees 6:13
knew 6:19
knocked 7:15
know 6:21,23
    8:1,2

———— L ————
lack 12:6
law 4:7
LAWRENCE
    3:10
lay 9:8,9
leave 10:9
left 10:14
leg 6:12
legal 11:24
Let's 7:15
level 12:10
license 2:6
light 12:1
LINDSAY 3:9
    3:10
line 5:19 6:10
    7:8 9:20
listen 6:14
Litigation 1:5
Local 4:13
lockup 6:9
long 6:18,23 9:6
looked 7:2
loudly 7:6
LOUGHRY 3:9

love 7:2,6
lower 8:21

———— M ————
main 5:16
making 5:5
manner 11:8
MARKET 3:10
Master 1:6,20
    4:6,17 11:6
    12:15
Master's 4:6
Mastroianni 2:5
    2:18 14:3,19
matter 1:4 2:5
    4:2 7:8 12:12
Mejias 4:10
men 6:14
mentioned 9:21
merely 11:13
middle 7:4
moving 6:4
muster 6:8

———— N ————
N 3:2
narrative 7:15
neck 8:25 9:2
neither 14:9,11
nevertheless
    11:3
New 1:1 2:7,9,21
    3:6,11,15 14:4
    14:20
nigger 10:8,8,9
NORTH 3:14
Notary 2:7 14:3
    14:20
nude 6:2 7:16
number 2:6 4:2
    5:10
nurse 6:4,8

———— O ————
O 2:5 14:3,19
occurred 4:19

    5:18
occurring 4:20
October 5:1
officer 5:6,11
    8:9
officers 4:23
    5:15 7:2 11:11
    11:20
okay 6:16
once 6:10,13
    10:7 11:15
opinion 4:14
opinion/report
    1:5 4:4 12:14
oral 4:14
Order 4:5,16

———— P ————
P 3:2,2
page 5:1,19 6:10
    7:8 9:12,18
pain 8:2 10:23
paragraph 4:16
paraphrase 5:2
part 8:21
particular 4:21
particularly
    12:3
parties 14:11
passed 6:8
PC 3:4
penalogical 11:8
period 12:4
permanency
    11:1,5
permanent
    12:20
personal 4:21
phone 5:4,9,10
    5:12,23,23
    11:15
pick 6:14
picked 7:20
Pike 2:20 3:14
place 5:25 11:2
    14:8

plaintiff 11:7
PLAINTIFFS
 3:12,16
Plaza 2:8
please 10:5
PM 2:9
podium 8:8
point 5:17
police 6:21
pop 5:21
possible 6:19
 9:12
precision 9:16
present 12:23
presented 12:15
pre-existed
 12:22
pre-existing
 10:19,21,24
 11:3
principles 4:7
 11:24
prison 1:5 11:17
privileges 4:25
proceeded 6:3
proceeding
 11:25
proceedings 2:4
progress 6:6
prolonged 12:3
 12:7
prop 6:5
proved 9:15
psychological
 9:13,17
Public 2:7 14:3
 14:20
punishment 6:7
 11:20
punitive 12:11
 12:12
purpose 11:8
pursuant 4:5
pushed 8:11
 9:22
put 5:25 7:11

——— Q ———
question 7:9,14
 8:3,14,18,24
 9:3,6,21 10:1
 10:23 11:11
 12:19
questions 9:18
quick 6:19

——— R ———
R 3:2 14:1
ran 6:17
RAY 3:14
ready 8:9
really 7:1 8:12
 8:16
reasons 11:21
received 6:7
recited 11:24
recollection 4:21
recommend
 12:11,24
recommending
 11:6
recoverable 9:14
recovery 12:8
redial 5:10,24
redressed 6:3
Reference 4:5
 4:16
regard 1:4 5:12
 10:17 12:21
regarded 5:11
relative 14:10,12
remember 8:1
reopening 4:1
repetitious 12:3
 12:7
replace 5:7
report 4:15
 12:24
Reporter 2:6
 14:4
Reporting 2:19
required 4:15
resident 4:18

residual 10:23
restored 4:25
resumes 7:8
returned 5:14
reveal 10:19
review 4:13
reviewed 12:16
ribs 8:23
right 7:12 8:21
 9:8
riot 6:22
RODNEY 3:14
room 5:17
rose 12:9
ROSELLI 3:4
Rule 4:14
rules 5:12

——— S ———
S 3:2
sadistic 11:20,22
searched 5:17
second 6:16,17
see 7:3 9:10
seen 6:21
semi 6:17
serious 7:3
set 4:9 14:8
seven 4:16
severe 12:5
short 12:4
Shorthand 14:4
shortly 5:14
shoulder 9:2
shoulders 8:22
side 7:12 9:9
sing 7:17
singing 7:6,18
 8:6,12
sir 7:14 8:4,25
sit 7:11
sits 8:9
sitting 6:22
six 7:8 9:10 13:1
sleep 9:9
SOG 4:22 5:15

 11:20
SOGs 10:18
solely 11:1
South 2:20
Special 1:6,20
 4:6,6,17 12:15
SQUARE 3:6
stairs 6:18 8:4,7
 8:11 9:23 10:7
stairway 6:17
 8:5
start 8:12
State 1:5 2:7 3:6
 14:4,20
States 1:1 2:8
stenographica...
 14:7
steps 7:13
STEVEN 3:4
sticks 6:23
stomach 9:9
STREET 3:10
strikings 12:2
strip 5:17
studied 10:15
submissive
 11:10
supervising 5:6
support 9:16,16
 12:10
swelling 8:2

——— T ———
T 14:1,1
take 6:3
taken 2:5 6:8
 14:7
talks 7:18 9:12
telephone 4:24
 4:24
telephones 5:3
telling 7:16
terms 12:5
testified 4:25
testimony 10:17
 14:6

Theresa 2:5 14:3
 14:19
think 7:4 10:11
thirties 7:5
thought 7:1 10:8
thousand 13:1
three 7:12 8:7,11
 9:23
threw 7:24
tight 10:14
tighter 7:25
time 4:24 5:7 6:3
 12:4 14:7
times 8:14 10:10
 10:13
tired 10:11
told 5:8,9,12,25
 6:24 7:11
top 8:22 9:1
transcript 2:4
 4:14 5:1 14:6
transit 6:5
treated 11:9
treatment 10:18
tried 5:10
trouble 6:4
true 14:6
trying 10:11
TV 5:17
twenties 7:5
twice 11:15
two 8:7,10 9:22

——— U ———
underlie 4:8
underlying 11:3
undertaken
 11:13
undress 6:24
undressed 6:25
 6:25
unit 4:18 6:9,12
 6:18 9:23 10:3
 10:18,23 11:9
 11:12
United 1:1 2:8

units 8:8
unnecessary
  11:22
unusual 11:19
use 4:23 5:9,12
  11:14

**V**

valid 11:8
vest 6:23
Videoconfere...
  2:19
view 11:13
viewing 11:16
violation 5:11
violent 11:12
vs 1:7

**W**

W 1:20 3:10
Walker 4:10
want 6:14
WEDNESDAY
  1:15
went 5:23
whacked 10:10
  10:13
White 2:20
WILLIAM 1:8
wit 11:14
witness 10:6
words 10:25
work 5:4
WRIGHT 3:5
written 4:15

**X**

X1O857 14:21

**0**

08-1284 1:2 4:3
08012 3:15
08102 2:9 3:11
08106 2:21
08690 3:6

**1**

1:52 2:9
1337 3:6
14 6:11 9:20
16 5:1
17 5:19
18 1:15 5:19
19 6:10 14:21

**2**

2008 5:2
2009 1:15 14:21
2010 14:20
21 7:8
251 2:20
27 9:12
28 9:18

**3**

30X100085700
  2:6
31st 5:2
32 3:14
33 3:6
330 3:10

**5**

5 14:20
52.1 4:14

**6**

609-586-2257
  3:7

**8**

856-232-3337
  3:15
856-232-4561
  3:16
856-546-1100
  2:22
856-968-9201
  3:11

**9**

97 4:20